IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00221-CV

 

In the
Matter of the Marriage of

 

Michael
Gordon Champion

and

Camilla
De'One Champion

 

 



From the 52nd District Court

Coryell County, Texas

Trial Court No. CD-06036960

 



MEMORANDUM  Opinion










 

            Camilla De’One Champion appealed a
decree of divorce rendered on April 3, 2007.  She now moves to dismiss her
appeal.  Tex. R. App. P.
42.1(a)(1).

            The appeal is dismissed.

 

                                                                                    TOM
GRAY

                                                                                    Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed October 10, 2007

[CV06]